```
UNITED STATES DISTRICT COURT                          NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                      :
RICARDO BROOKS GAMEZ,                                 :
                                                      :
                                                      :       ORDER ADOPTING REPORT
                        Plaintiff,                    :       AND RECOMMENDATION
                                                      :
        - versus -                                    :       10-CV-5414 (JG) (LB)
                                                      :
COURT ROOM PART 41, JUDGE R.                          :
ZWEIWALD (SIC), THE STATE AND                         :
MUNICIPALITY OF NEW YORK, THE                         :
DIVISION OF CRIMINAL JUSTICE                          :
SERVICES - CHAUNCEY PARKER,                           :
LEGAL AID SERVICES AT 49 THOMAS ST.,                  :
THE STATE JUSTICE INSTITUTE - THE NY                  :
COMPTROLLERS OFFICE ROOM 1225,                        :
ALL DEFENDANTS HELD ACCOUNTABLE IN                    :
THEIR INDIVIDUAL CAPACITIES TOO, THE                  :
NYPD, ALL PERSONS KNOWN                               :
AND UNKNOWN,                                          :
                                                      :
                        Defendants.                   :
---------------------------------------------------------------x
```

Because I agree with the reasoning and conclusion of the Report and Recommendation ("R&R") filed by Judge Lois Bloom on June 26, 2012, and because no objections have been filed, I adopt the R&R in full. Accordingly, Gamez's case is dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully directed to enter judgment and close the case.

So ordered.

John Gleeson, U.S.D.J.

Dated: Brooklyn, New York
       July 23, 2012